THE HONORABLE TANA LIN

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| UNION PACIFIC RAILROAD COMPANY,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>DAVID W. DANNER, in his official capacity as Chair of the Washington Utilities and Transportation Commission; MILT DOUMIT, in his official capacity as Commissioner of the Washington Utilities and Transportation Commission; and ANN RENDAHL, in her official capacity as Commissioner of the Washington Utilities and Transportation Commission,<br><br>　　　　Defendants. | Civil Action No. 3:22-cv-05544-TL<br><br>**STIPULATED MOTION TO VACATE DEADLINES AND ORDER**<br><br>**NOTE ON MOTION CALENDAR: OCTOBER 12, 2022**<br><br>Without Oral Argument |

Plaintiff Union Pacific Railroad Company ("Plaintiff") and Defendants David W. Danner, Milt Doumit, and Ann Rendahl (collectively, "Defendants") hereby stipulate and request that this Court vacate the deadlines set in its September 14, 2022, Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement (ECF No. 12), and stay the entire action except for the deadlines to respond to the amended complaint and brief any motions directed at the pleadings.

　　1.　On September 14, 2022, the Court Order the following initial scheduling dates/deadlines:

　　　　Deadline for FRCP 26(f) Conference: 10/12/2022

　　　　Initial Disclosures Pursuant to FRCP 26(a)(1): 10/26/2022

STIPULATED MOTION TO VACATE DEADLINES AND STAY
DISCOVERY AND ORDER - 1
Civil Action No. 3:22-cv-05544-TL

4886-9385-1192.1

LEWIS BRISBOIS BISGAARD & SMITH LLP
1111 Third Avenue, Suite 2700
Seattle, Washington 98101
206.436.2020

Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and Local Civil Rule 26(f): 11/9/2022.

2. On September 14, 2022, Defendants filed the Motion to Dismiss and noted on the Court's Motion Calendar for October 7, 2022.

3. On October 3, 2022, Plaintiff filed its Amended Complaint (ECF No. 14) and Plaintiff's Response to Defendant's Motion to Dismiss (ECF No. 15).

4. The Parties met and conferred on October 7, 2022, and agree to stay the current court deadlines except for the deadlines to respond to the amended complaint and brief any motions directed at the pleadings.

5. In order to preserve the resources of the parties and the Court, the Parties request that the Court vacate all deadlines set in its September 14, 2022, Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement and stay the entire action except for the deadlines to respond to the amended complaint and brief any motions directed at the pleadings.

IT IS SO ORDERED

Dated this 13th day of October 2022.

////

Tana Lin
United States District Judge

////

////

////

STIPULATED MOTION TO VACATE DEADLINES AND STAY DISCOVERY AND ORDER - 2
Civil Action No. 3:22-cv-05544-TL

LEWIS BRISBOIS BISGAARD & SMITH LLP
1111 Third Avenue, Suite 2700
Seattle, Washington 98101
206.436.2020

4886-9385-1192.1

| | | |
|---|---|---|
| 1 | Dated October 12, 2022 | LEWIS BRISBOIS BISGAARD & SMITH LLP |

*/s/ Rachel Tallon Reynolds*
*/s/ Jean Y. Kang*
Rachel Tallon Reynolds, WSBA #38750
Jean Kang, WSBA #42074
LEWIS BRISBOIS BISGAARD & SMITH LLP
1111 Third Avenue, Suite 2700
Seattle, Washington 98101
Phone 206.436.2020
Fax 206.436.2030
Rachel.Reynolds@lewisbrisbois.com
Jean.Kang@lewisbrisbois.com

Tobias S. Loss-Eaton (*pro hac vice*)
Noah Fitzgerel (*pro hac vice*)
SIDLEY AUSTIN LLP
1501 K Street, NW
Washington, D.C. 20005
(202) 736-8000
(202) 736-8711 (facsimile)
tlosseaton@sidley.com
nfitzgerel@sidley.com

*Attorneys for Plaintiff Union Pacific Railroad Company*

Dated October 12, 2022    OFFICE OF THE ATTORNEY GENERAL
UTILITIES AND TRANSPORTATION DIVISION


*/s/ Jeff Roberson*

Jeff Roberson, WSBA No. 45550
Assistant Attorney General
P.O. Box 40128
Olympia, WA 98504-0128
Phone: (360) 522-0614
jeff.roberson@utc.wa.gov

*Attorney for Defendants*

STIPULATED MOTION TO VACATE DEADLINES AND STAY
DISCOVERY AND ORDER - 3
Civil Action No. 3:22-cv-05544-TL

4886-9385-1192.1

LEWIS BRISBOIS BISGAARD & SMITH LLP
1111 Third Avenue, Suite 2700
Seattle, Washington 98101
206.436.2020